IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D'JUAN GUNN, *on his own behalf and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PROTECT SECURITY, LLC,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:14-cv-00353-TWT |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiff D'Juan Gunn ("Gunn" or "Plaintiff") and Defendant Protect Security, LLC ("Protect Security" or "Defendant"), by and through undersigned counsel, respectfully move the Court to approve the Settlement Agreement entered into between the Parties. In Support of this Motion, the Parties are concurrently submitting a Memorandum of Law in Support of Joint Motion for Approval of Settlement Agreement.

**WHEREFORE**, the Parties hereby request that this Court grant this Motion and enter the proposed Order approving the Settlement Agreement.

Respectfully Submitted:  March 19, 2014.

| | |
|---|---|
| /s/V. Severin Roberts | /s/Marcus Keegan |
| V. Severin Roberts | Marcus Keegan |
| Georgia Bar No. 646135 | Georgia Bar No. 410424 |
| severin@bf-llp.com | mkeegan@keeganfirm.com |
| | Elizabeth Main |
| | Georgia Bar No. 916409 |
| **BARRETT & FARAHANY** | emain@keeganfirm.com |
| 1100 Peachtree Street NE, #500 | |
| Atlanta, Georgia 30309 | |
| Tel:   404.214.0120 | **KEEGAN LAW FIRM, LLC** |
| Fax:  404.214.0125 | 1418 Dresden Drive, Suite 240 |
| Attorneys for Plaintiff | Atlanta, Georgia 30319 |
| | Tel:   404.842.0333 |
| | Fax:  404.920.8540 |
| | Attorneys for Defendant |